IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RANDY JOEL McDONALD, | § § § | |
| Petitioner, | § § | |
| v. | § | 2:14-CV-0211 |
| BRIAN THOMAS, Sheriff, Potter County, Texas, | § § § § | |
| Respondent. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On October 24, 2014, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be dismissed for failure to exhaust state remedies. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this ___18th___ day of ___November___ 2014.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE